MICHAEL I. FAGEN, APPELLANT. v. JOHN H. MORRIS,
RESPONDENT.

Argued March 7, 1913—Decided May 9, 1913.

On appeal from the Supreme Court, whose opinion is reported in 54 *Vroom* 3.

For the appellant, *Collins & Corbin.*

For the respondent, *Warren Dixon.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons stated by the Chief Justice in delivering the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TERHUNE, JJ.    10.

*For reversal*—None.